**Denise P. THOMAS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2006–3094.**

United States Court of Appeals, Federal Circuit.

May 10, 2006.

Denise P. Thomas, pro se.

*ORDER*

Denise P. Thomas has complied with the court order of March 14, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's January 11, 2006 order of dismissal and the mandate are, vacated and recalled, and the petition for review is reinstated.

(2) The Merit Systems Protection Board should compute the due date for the filing its brief from the date of filing of this order.